FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 04 2024

KEVIN P. WEIMER, Clerk
By: *Com*  Deputy Clerk

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RAHEEM DAVIS A/K/A
RAHEEN DAVIS

Criminal Indictment

No.  **1:24CR185**

THE GRAND JURY CHARGES THAT:

On or about February 12, 2024, in the Northern District of Georgia, the defendant, RAHEEM DAVIS A/K/A RAHEEN DAVIS, knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.F., an officer of the United States employed by the Federal Bureau of Prisons, while D.F. was engaged in the performance of his official duties, and in doing so, did inflict bodily injury upon D.F., and did use a deadly and dangerous weapon, that is, a rubber mallet, all in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A ___True___ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*J. A. Favors*
JAMIL A. FAVORS
*Assistant United States Attorney*
Georgia Bar No. 549881